

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NETRATINGS, INC.,                            :
          Plaintiff,                    :   No. 06-CV-8186 (LTS) (GWG)
        -against-                        :
TACODA, INC.,                                :   **STIPULATION AND ORDER OF**
          Defendant.                   :   **DISMISSAL WITHOUT PREJUDICE**
------------------------------------------------------------x

     Plaintiff NetRatings, Inc. ("NetRatings") and Defendant TACODA, Inc. ("TACODA") hereby stipulate that they have reached a settlement of the dispute that is the subject matter of the above-referenced action (the "Action"). Based upon such settlement, and upon the consent and approval of NetRatings and TACODA as indicated herein, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

     1.    The Action, including, without limitation, all claims and counterclaims asserted in the Action, is hereby dismissed <u>without prejudice</u> as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

     2.    Each party shall bear its own costs and attorneys fees.

OHS East:160510389.1

Dated: New York, New York
December 8, 2008

DREIER LLP

By: _____
Karine Louis (KL 6652)

499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

Attorneys for NetRatings, Inc.

Dated: New York, New York
December 8, 2008

ORRICK, HERRINGTON &
SUTCLIFFE LLP

By: _____
Paul R. Gupta (PG 3189)

666 Fifth Avenue
New York, NY 10103-0001
Telephone: (212) 506-5000
Facsimile: (212) 505-5151

Attorneys for TACODA, Inc.

SO ORDERED:

Dated: December 10, 2008

The Clerk of Court is requested to close this case.

_____
Honorable Laura T. Swain
United States District Judge